UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------- x

MICHAEL SANTANGELO,

                                    Plaintiff,

                -against-                                **ORDER**

ERIC M. TAYLOR CENTER WARDEN EMMANUEL        08-CV-4556 (PKC) (JCF)
BAILEY, EMTC INTAKE OFFICERS JOHN DOES 1, 2,
3, 4, 5, 6, INTAKE SERGEANTS JOHN/JANE DOES 1,
2, 3, CLOTHES BOX OFFICERS JOHN DOE AND
JANE DOE, SERGEANTS JANE DOE AND MS.
ASHLEY WILSON, MESS HALL CAPTAINS MR.
WARD AND JANE DOE, DOCTOR JOHN DOE,
HOUSING CAPTAINS MS. HARRIS AND MR.
DWYER, 8 MAIN OFFICER MR. RIVERA, INTAKE
OFFICERS MR. NUNEZ AND MR. GREENE, EMTC
GRIEVANCE COORDINATOR JOHN DOE, RICHARD
T. WOLFE, EXECUTIVE DIRECTOR OF NEW YORK
CITY BOARD OF CORRECTION, COMMISSIONER
MARTIN F. HORN, AND RICHARD WHITE,

| USDS SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: //5//0 |

                                    Defendants.

----------------------------------------------------------------------- x

                Upon the application of the Office of the Corporation Counsel for the City of New

York for leave to take the deposition of Plaintiff Michael Santangelo, an inmate, and the Court

having granted leave for the taking of Plaintiff's deposition pursuant to Rule 30(a) of the Federal

Rules of Civil Procedure,

                **IT IS HEREBY ORDERED:** (1) that the Superintendent or other official in

charge of Manhattan Detention Center produce inmate Michael Santangelo (aka Bonano), Inmate

No. 349-09-07451, for the taking of his deposition on **Thursday, January 21, 2010, at 10 A.M.**,

and for so long thereafter, from day to day, as the deposition continues; and (2) that inmate

Michael Santangelo appear in such place as designated by the Superintendent or other official in charge of Manhattan Detention Center so his deposition may be taken.

Dated: New York, New York
    Jan. 14, 2010

James C. Francis IV
HON. JAMES C. FRANCIS IV
U.S.M.J.